# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mirkin v. XOOM Energy, LLC                    Docket No.: 23-1267

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James M. Chambers

Firm: McDowell Hetherington LLP

Address: 1000 Ballpark Way, Suite 209

Telephone: 817-631-7561         Fax: 713-337-8859

E-mail: james.chambers@mhllp.com

Appearance for: XOOM Energy, LLC and XOOM Energy New York, LLC / Petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael D. Matthews, Jr. / McDowell Hetherington LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 4, 2021                                                                                       OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ James M. Chambers

Type or Print Name: James M. Chambers